## Edward J. Clancy, Appellant, v. Phyllis M. Clancy, Appellee.

Gen. No. 42,014.

opinion filed December 30, 1942. Sol R. Friedman & I. S. Friedman for appellant; Sheehan & Egan, for appellee; Roy J. Egan, of counsel. Opinion by JUSTICE SCANLAN. "Not to be published in full."

## Samuel J. Graffe, Appellee, v. Marcella Graffe, Also Known as Orcello Z. Graffe, Appellant.

Gen. No. 42,202.

opinion filed December 30, 1942; rehearing denied January 20, 1943. Erwin M. Pearl, for appellant; Jay J. McCarthy, for appellee. Opinion by JUSTICE SCANLAN. "Not to be published in full."